# United States District Court
# for the Southern District of Georgia
# Brunswick Division

LATOYA FOUNTAIN,

    Plaintiff,

v.

COASTAL HARDWARE AND BUILDING SUPPLY, INC.,

    Defendant.

CV 220-102

## ORDER

Before the Court is the parties' stipulation of dismissal, dkt. no. 21, wherein they notify the Court that they wish to dismiss all claims asserted in this action with prejudice. The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, all claims asserted in this action are **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to terminate all pending motion and close this case.

**SO ORDERED**, this 16 day of February, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA